UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE COMPLAINT | Case No.   1:25-mj-00037-PAS |

## MOTION TO SEAL

The Government moves that this Motion to Seal and the attached documents (including the Complaint, Arrest Warrant, Cover Sheet, and Affidavit) be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

SARA M. BLOOM
Acting United States Attorney

/s/Sandra R. Hebert
SANDRA R. HEBERT
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001

SO ORDERED:

_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Dated:   June 13, 2025