# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:25-mj-37-PAS |
| | ) | |
| | ) | |
| Tushal Rathod | ) | |
| | ) | |
| *Defendant(s)* | | |

Amended
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 2021 – June 2024  in the county of  Kent County  in the District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(a)(1)(B) | Money Laundering |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Samuel Morgan with the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Samuel Morgan - FBI
*Printed name and title*

**Sworn telephonically and signed electronically**

Sworn to before me and signed in my presence.

Date: June 16, 2025

*Judge's signature*

City and state:  Providence, Rhode Island          Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*