UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TUSHAL RATHOD | Criminal No.: 25-mj-37-PAS |

MOTION TO UNSEAL

The United States Attorney for the District of Rhode Island, through undersigned counsel, moves that the sealing order for the Complaint, Arrest Warrant and Supporting Affidavit for the above captioned case be lifted until further order of the Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA M. BLOOM
Acting United States Attorney

*/s/ Lee Vilker*

LEE VILKER
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel: 401-709-5000

SO ORDERED:

_____
PATRICIA A. SULLIVAN
U.S. MAGISTRATE JUDGE